## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>Rosario Gonzales-Vasquez,<br><br>                Defendant. | CASE NO. 24CR0838-TWR<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

    of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(2)(B)(ii); 18:2 - Bringing in Aliens for Financial Gain;

    Aiding and Abetting; 8:1324(a)(2)(B)(iii) - Bringing in Aliens Without

    Presentation

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/29/2024

                                                              Hon. Todd W. Robinson
                                                              U.S. District Judge